# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 05/04/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge / Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute (ACI) | 1/31 - 2/1/11 | Miami, FL | Wage & Hour Claims and Class Actions | Airfare, hotel, mileage |
| 2. | Northwestern Law Judicial Education Program | 3/28-29/11/28-29/2011 | Chicago, IL | Judicial Symposium on Civil Justice Issues | Hotel, meals, mileage, tolls |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   DTE Energy* | A | Dividend | J | T | | | | | |
| 2.   Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 3.   - Boeing* | | | | | | | | | |
| 4.   - DCT Industrial Trust* | | | | | | | | | |
| 5.   - Deere & Co* | | | | | | | | | |
| 6.   - DPL* | | | | | Sold | 11/28/11 | M | C | |
| 7.   - General Electric* | | | | | | | | | |
| 8.   - Intel* | | | | | | | | | |
| 9.   - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 10.  - Motorola* (Y) | | | | | | | | | |
| 11.  - Motorola Mobility (MMI) | | | | | Spinoff (from line 10) | 1/4/11 | K | | |
| 12.  - Motorola Solutions (MSI) | | | | | Spinoff (from line 10) | 1/4/11 | K | | |
| 13.  - Pepsico* | | | | | | | | | |
| 14.  - Pennsylvania Mutual Fund | | | | | | | | | |
| 15.  - Thornburg Intl / Value Fund | | | | | Sold | 10/19/11 | J | | |
| 16.  - US Bancorp Delaware New* | | | | | | | | | |
| 17.  - Abbott Labs* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - AT&T* | | | | | | | | | |
| 19.  - Atmos Energy* | | | | | | | | | |
| 20.  - BP PLC* | | | | | | | | | |
| 21.  - Cardinal Health Inc Ohio * | | | | | | | | | |
| 22.  - Coca Cola* | | | | | | | | | |
| 23.  - Eaton* | | | | | | | | | |
| 24.  - Centurylink* | | | | | | | | | |
| 25.  - HSBC Holding* | | | | | | | | | |
| 26.  - JP Morgan Chase* | | | | | | | | | |
| 27.  - Key Corp* | | | | | | | | | |
| 28.  - McDonald's* | | | | | | | | | |
| 29.  - Merck & Co* | | | | | | | | | |
| 30.  - Royal Dutch Shell* | | | | | | | | | |
| 31.  - Bristol-Myers Squibb* | | | | | | | | | |
| 32.  - Conoco Philips* | | | | | | | | | |
| 33.  - Colgate Palmolive* | | | | | | | | | |
| 34.  - Conagra Foods* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Du Pont E I DeNemours* | | | | | | | | | |
| 36. - HCP Inc. * | | | | | | | | | |
| 37. - Olin* | | | | | | | | | |
| 38. - Oracle* | | | | | | | | | |
| 39. - Walgreen* | | | | | | | | | |
| 40. - Whole Foods* | | | | | Sold | 3/21/11 | J | B | |
| 41. - Tradewinds NWQ Intl Value (Fund) | | | | | Sold | 12/30/11 | N | | |
| 42. - Cohen & Steers Intl (Fund) | | | | | Sold | 12/27/11 | J | | |
| 43. - Blackrock National (Fund) | | | | | | | | | |
| 44. - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 45. - Sprint Nextel* | | | | | | | | | |
| 46. - Stryker* | | | | | | | | | |
| 47. - Windstream* | | | | | | | | | |
| 48. - Wisconsin Energy* | | | | | | | | | |
| 49. - 3 M* | | | | | | | | | |
| 50. - Eaton Vance Tax (Fund) | | | | | | | | | |
| 51. - Amgen* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Johnson & Johnson* | | | | | | | | | |
| 53. - Microsoft* | | | | | | | | | |
| 54. - American Electric Power* | | | | | | | | | |
| 55. - Bob Evans Farms* | | | | | | | | | |
| 56. - Citigroup* | | | | | | | | | |
| 57. - Pfizer* | | | | | | | | | |
| 58. - Travelers* | | | | | | | | | |
| 59. - Teco Energy* | | | | | | | | | |
| 60. - Verizon Communications* | | | | | | | | | |
| 61. - Alcatel Lucent* | | | | | Sold | 11/25/11 | J | | |
| 62. - Vanguard Ohio Tax-Free Fund | | | | | | | | | |
| 63. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 64. - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 65. - I Shares TR S&P National Mun Bd Fund | | | | | Sold | 4/15/11 | K | | |
| 66. - Waste Management* | | | | | | | | | |
| 67. - Real Estate Property No. 1 (Darke County, Ohio) | | | | | | | | | |
| 68. - Capital One (Accounts) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fifth Third Bank (Accounts) | | | | | Redeemed | 12/10/11 | J | | |
| 70. - Merrill Lynch (Accounts) | | | | | | | | | |
| 71. - Key Bank (Accounts) | | | | | | | | | |
| 72. - Thomas McDonald Partners (Accounts) (cash) | | | | | Redeemed | 10/6/11 | J | | |
| 73. - Various Municipal Tax-Exempt Bonds (Lines 80-99) | | | | | | | | | |
| 74. - Ohio State Water Development (Bond) | | | | | Redeemed | 6/1/11 | K | | |
| 75. - Westlake Ohio City School (Bond) | | | | | Redeemed | 12/1/11 | K | | |
| 76. - Cleveland Public Power (Bond) | | | | | | | | | |
| 77. - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 78. - Marysville School District (Bond) | | | | | | | | | |
| 79. - Barberton City School (Bond) | | | | | Redeemed | 11/1/11 | K | | |
| 80. - Springboro Sewer System (Bond) | | | | | | | | | |
| 81. - Millcreek - West Unity School (Bond) | | | | | | | | | |
| 82. - Toledo Sewer System (Bond) | | | | | | | | | |
| 83. - Akron Economic Development (Bond) | | | | | | | | | |
| 84. - Anthony Wayne Local School (Bond) | | | | | Redeemed | 12/1/11 | K | | |
| 85. - Butler County (Bond) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ohio State Higher Education (Bond) | | | | | Redeemed | 1/18/11 | K | | |
| 87. - Lakewood City School (Bond) | | | | | | | | | |
| 88. - Elida Local School (Bond) | | | | | | | | | |
| 89. - Butler County Transportation (Bond) | | | | | | | | | |
| 90. - Lorain Water System (Bond) | | | | | Redeemed | 12/1/11 | K | | |
| 91. - Clorox | | | | | | | | | |
| 92. - PPG | | | | | | | | | |
| 93. - Q Com | | | | | | | | | |
| 94. - VGT | | | | | | | | | |
| 95. - VWO | | | | | | | | | |
| 96. - Fairpoint Communications | | | | | Sold | 12/8/11 | J | | |
| 97. - Franklin High Yield (FRHIX) Fund | | | | | | | | | |
| 98. - Blackrock Short Municipal (MALMX) Fund | | | | | Sold | 8/5/11 | K | | |
| 99. - Legg Mason (SHMMX) Fund | | | | | Sold | 7/6/11 | K | A | |
| 100. - Legg Mason (STXAX) Fund | | | | | | | | | |
| 101. - Chevron | | | | | Sold | 10/24/11 | J | | |
| 102. - Heineken | | | | | Sold | 10/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Nokia | | | | | Sold | 10/20/11 | J | | |
| 104. - Van Kampen Municipal (VKI) | | | | | Sold | 11/22/11 | K | | |
| 105. - Apple | | | | | | | | | |
| 106. - Gilead Science | | | | | | | | | |
| 107. - Kroger | | | | | | | | | |
| 108. - Proctor Gamble | | | | | | | | | |
| 109. - Carefusion | | | | | | | | | |
| 110. - NBH | | | | | | | | | |
| 111. - ATOIX | | | | | | | | | |
| 112. - TGBAX | | | | | | | | | |
| 113. - LDLFX | | | | | | | | | |
| 114. - Montgomery County Ohio Rev (Bond) | | | | | | | | | |
| 115. - Ohio State Higher Education Fac. (Bond) | | | | | | | | | |
| 116. - Greene County Hosp. (Bond) | | | | | | | | | |
| 117. - Am. Mun. Power OH Rev (Bond) | | | | | | | | | |
| 118. - Frontier | | | | | | | | | |
| 119. - Banco Santander | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 24

Name of Person Reporting

Zouhary, Jack

Date of Report

05/04/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Diageo | | | | | | | | | |
| 121. - Kimberly Clark | | | | | | | | | |
| 122. - Monsanto | | | | | | | | | |
| 123. - Philip Morris | | | | | | | | | |
| 124. - STEC | | | | | Sold | 12/22/11 | J | | |
| 125. - Blackrock Build America Bond Fund | | | | | | | | | |
| 126. - Lord Abbett Floating Rate Fund | | | | | | | | | |
| 127. - National City Cap. Tr. Pfd. | | | | | Redeemed | 11/15/11 | K | | |
| 128. - Morgan Stanley Pfd. | | | | | | | | | |
| 129. - USB Cap. XI Pfd. | | | | | | | | | |
| 130. - Bank One Cap. VI Pfd. | | | | | | | | | |
| 131. - Gabelli Utilities Fund | | | | | | | | | |
| 132. - Barrick Gold | | | | | Buy | 10/4/11 | J | | |
| 133. - Berkshire Hathaway | | | | | Buy | 8/4/11 | J | | |
| 134. - Broadcom | | | | | Buy | 11/22/11 | J | | |
| 135. - Cisco | | | | | Buy | 2/10/11 | J | | |
| 136. - First Trust High Income | | | | | Buy | 6/9/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - ING Infrastructure | | | | | Buy | 8/4/11 | J | | |
| 138.  - Newmont Mining | | | | | Buy | 3/8/11 | J | | |
| 139.  - Paychex | | | | | Buy | 7/27/11 | J | | |
| 140.  - Petrobras | | | | | Buy | 5/13/11 | J | | |
| 141.  - Telefonica | | | | | Buy | 8/4/11 | J | | |
| 142.  - Teva | | | | | Buy | 7/27/11 | J | | |
| 143.  - Vodafone | | | | | Buy | 10/27/11 | J | | |
| 144.  - Doubleline Total Return | | | | | Buy | 12/16/11 | J | | |
| 145.  - TCW Total Return | | | | | Buy | 6/3/11 | J | | |
| 146.  - SPDR Nuveen S&P High | | | | | Buy | 6/10/11 | J | | |
| 147.  - JP Morgan PFD | | | | | Buy | 8/5/11 | J | | |
| 148.  - Wachovia PFD | | | | | Buy | 4/5/11 | J | | |
| 149.  IRA #1 | D | Int./Div. | N | T | | | | | |
| 150.  - Bond Fund of America (BFAFX) | | | | | | | | | |
| 151.  - Calamos (CVTRX) | | | | | | | | | |
| 152.  - Gateway (GATEX) | | | | | | | | | |
| 153.  - Munder Mid Cap (MGOAX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 155. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 156. - Thomas McDonald Money Market Fund | | | | | | | | | |
| 157. - I Shares Russell Midcap (IWS) | | | | | | | | | |
| 158. - Growth Fund of America (GFAFX) | | | | | | | | | |
| 159. - Henderson European Focus (HFEAX) | | | | | | | | | |
| 160. - Thornburg International Value (TGVIX) | | | | | | | | | |
| 161. - Van Kampen Growth & Income (ACGMX) | | | | | | | | | |
| 162. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 163. - Suntrust Cap IX PFD | | | | | | | | | |
| 164. - Dodge & Cox Income (DODIX) | | | | | | | | | |
| 165. - Gabelli Utilities Fund (GABUX) | | | | | | | | | |
| 166. - BAC Cap. XII Pfd. | | | | | | | | | |
| 167. - TCW Return (TGLMX) | | | | | Buy | 6/10/11 | K | | |
| 168. IRA #2 | E | Int./Div. | N | T | | | | | |
| 169. - DFEOX | | | | | | | | | |
| 170. - DFITX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - DFREX | | | | | | | | | |
| 172.  - DFLAX | | | | | | | | | |
| 173.  - DFSHX | | | | | | | | | |
| 174.  - VIPSX | | | | | Sold | 9/6/11 | K | | |
| 175.  - Schwab (Account) | | | | | | | | | |
| 176.  - VBSSX | | | | | | | | | |
| 177.  - DFQTX | | | | | | | | | |
| 178.  - DFIEX | | | | | | | | | |
| 179.  IRA #3 | E | Int./Div. | O | T | | | | | |
| 180.  - Morgan Stanley & Co. | | | | | | | | | |
| 181.  - Microsoft (MSFT)* | | | | | | | | | |
| 182.  - I Shares S&P (PFF) | | | | | Buy | 5/6/11 | J | | |
| 183.  - Gabelli Utilities (GAUAX) | | | | | Buy | 5/25/11 | J | | |
| 184.  - First Trust High Income (FSD) | | | | | Buy | 8/1/11 | J | | |
| 185.  IRA #4 | D | Dividend | M | T | | | | | |
| 186.  - Blackrock Build America (BBN) | | | | | | | | | |
| 187.  - Spider China ETF (GXC) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Vanguard Total Market EFT (VTI) | | | | | | | | | |
| 189. - Dodge & Cox Income (DODIX) | | | | | | | | | |
| 190. - Vanguard High Dividend (VYM) | | | | | Buy | 8/9/11 | J | | |
| 191. - First Trust High Income (FSD) | | | | | Buy | 7/27/11 | J | | |
| 192. - Vanguard Money Market (VMMXX) | | | | | Buy | 1/5/11 | J | | |
| 193. Fifth Third Bank (Accounts) | E | Interest | K | T | | | | | |
| 194. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 195. Rurban Financial | | None | J | T | | | | | |
| 196. Fifth Third IRA (CDs) | A | Interest | K | T | | | | | |
| 197. John Hancock Venture | D | Dividend | M | T | | | | | |
| 198. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 199. US Savings Bonds | B | Interest | K | T | | | | | |
| 200. Washington County Ohio Health (Bond) | A | Interest | J | T | | | | | |
| 201. Citigroup (C)* | B | Dividend | K | T | | | | | |
| 202. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 203. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 204. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gliatech (GLIAQ)* (Y) | | | | | | | | | |
| 206. Motorola (MOT)* (Y) | | | | | | | | | |
| 207. Motorola Mobility (MMI) | A | Dividend | J | T | Spinoff (from line 206) | 1/4/11 | J | | |
| 208. Motorola Solutions (MSI) | A | Dividend | J | T | Spinoff (from line 206) | 1/4/11 | J | | |
| 209. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 210. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 211. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 212. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 213. Huntington* | A | Dividend | J | T | | | | | |
| 214. Orbital (OBTEF)* | | None | J | T | | | | | |
| 215. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 216. Sylvania Ohio City School (Bond) | B | Interest | | | Redeemed | 12/1/11 | K | | |
| 217. Amgen (AMGN)* | | None | J | T | | | | | |
| 218. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 219. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 220. AT&T (T)* | A | Dividend | K | T | | | | | |
| 221. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 223.  Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 224.  Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 225.  Intel (INTL)* | A | Dividend | J | T | | | | | |
| 226.  KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 227.  Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 228.  MPC | A | Dividend | J | T | Spinoff (from line 227) | 6/30/11 | J | | |
| 229.  Sony (SNE)* | A | Dividend | K | T | | | | | |
| 230.  Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 231.  Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 232.  Goldman Sachs Fund (GHYAX) | A | Interest | J | T | | | | | |
| 233.  Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |
| 234.  Blackrock Muniholdings Fund (MHD) | B | Interest | L | T | | | | | |
| 235.  Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 236.  Diversified Credit Oppty Fund | | None | L | T | | | | | |
| 237.  CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 238.  Goldman Sachs (GSMAX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 240. Campbell Strategic | B | Interest | | | Sold | 9/30/11 | L | | |
| 241. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 242. Anthony Wayne School (Bond) | A | Interest | | | Redeemed | 12/1/11 | K | A | |
| 243. Lakewood City (Bond) | B | Interest | K | T | | | | | |
| 244. Cedar Fair (FUN)* | A | Dividend | K | T | | | | | |
| 245. Royal Dutch Shell (RDSA)* | A | Dividend | K | T | | | | | |
| 246. Deutsche Bank Pref Trust IX | B | Dividend | K | T | | | | | |
| 247. Eaton Vance Nat Mun Fund | A | Dividend | K | T | | | | | |
| 248. Barberton Ohio City Schools (Bond) | A | Interest | | | Redeemed | 11/1/11 | J | | |
| 249. Springboro Ohio Swr System (Bond) | A | Interest | J | T | | | | | |
| 250. Millcreek-West University Ohio (Bond) | A | Interest | J | T | | | | | |
| 251. Nationwide Bank (Accounts) | C | Interest | N | T | | | | | |
| 252. Butler County (Bond) | B | Interest | K | T | | | | | |
| 253. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 254. IXJ | A | Dividend | K | T | | | | | |
| 255. VGT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. VEU | A | Dividend | J | T | | | | | |
| 257. Gigamedia Limited - GIGM | | None | J | T | | | | | |
| 258. VOHXX | A | Dividend | K | T | | | | | |
| 259. VOHIX | C | Dividend | K | T | | | | | |
| 260. DFA US Core Equity (DFQTX) | B | Dividend | M | T | | | | | |
| 261. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 262. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 263. Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 264. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 265. VGK | A | Dividend | J | T | | | | | |
| 266. Franklin High Yield Tax Free (FRHIX) Fund | A | Dividend | J | T | | | | | |
| 267. Legg Mason Municipal High (STXAX) Fund | A | Dividend | J | T | | | | | |
| 268. Ohio State Higher Ed (Bonds) | C | Interest | L | T | | | | | |
| 269. Montgomery County Ohio Rev (Bonds) | C | Interest | K | T | | | | | |
| 270. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 271. ATOIX | D | Dividend | N | T | | | | | |
| 272. XLP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Dexcom | | None | J | T | | | | | |
| 274. HEV | | None | J | T | | | | | |
| 275. VFSTX | A | Dividend | J | T | | | | | |
| 276. Banco Santander (STD) | A | Dividend | J | T | | | | | |
| 277. Cisco (CISCO) | A | Dividend | J | T | | | | | |
| 278. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 279. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 280. Kroger (KR) | A | Dividend | J | T | | | | | |
| 281. Monsanto (MON) | A | Dividend | K | T | | | | | |
| 282. National Bank Greece (NBG) | | None | J | T | | | | | |
| 283. National City Cap. Pfd. (NCC PRC) | A | Dividend | | | Redeemed | 11/15/11 | K | | |
| 284. Petroleo Brasileiro (PBR) | A | Dividend | J | T | | | | | |
| 285. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 286. Savient Pharmaceutical (SVNT) | | None | J | T | | | | | |
| 287. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 288. Blackrock Build America Fund (BBN) | A | Dividend | K | T | | | | | |
| 289. Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Lord Abbott Short Dur. (LDLFX) | A | Dividend | K | T | | | | | |
| 291. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 292. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 293. Abbott (ABT) | A | Dividend | J | T | Buy | 1/28/11 | J | | |
| 294. Acme Packet (AKPT) | | None | J | T | Buy | 4/26/11 | J | | |
| 295. Best Buy (BBY) | A | Dividend | J | T | Buy | 3/25/11 | J | | |
| 296. Community Trust Bank (CTBI) | A | Dividend | J | T | Buy | 4/13/11 | J | | |
| 297. Goldman Sachs (GS) | A | Dividend | J | T | Buy | 7/18/11 | J | | |
| 298. Newmont Mining (NEM) | A | Dividend | K | T | Buy | 2/25/11 | K | | |
| 299. ING Infra (IDE) | A | Dividend | J | T | Buy | 8/4/11 | J | | |
| 300. Morgan Stanley PFD (MSK) | A | Dividend | J | T | Buy | 5/6/11 | J | | |
| 301. Proctor Gamble (PG) | A | Dividend | J | T | Buy | 8/4/11 | J | | |
| 302. Statoil (STO) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 303. Teva (TEVA) | A | Dividend | J | T | Buy | 4/21/11 | J | | |
| 304. Transocean (RIG) | A | Dividend | J | T | Buy | 12/27/11 | J | | |
| 305. Wachovia Cap PFD | A | Dividend | J | T | Buy | 4/15/11 | J | | |
| 306. First Trust (FSD) | A | Dividend | J | T | Buy | 6/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Berea Ohio School (Bond) | A | Interest | J | T | Buy | 1/12/11 | J | | |
| 308. Gabelli Utilities (GABUX) | B | Dividend | K | T | Buy | 12/8/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stock.

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which ████████ is a one-fifth beneficiary. Assets are itemized (Lines 3 - 148).

IRA #1 (Line 149), IRA #2 (Line 168), and IRA #4 (Line 185) (Rollover) are ████ retirements, again itemized.

Key Bank (Accounts) (Line 194) was inadvertently reported as being fully redeemed in 2010 instead of partially redeemed.

Additions to 2010 Report:

Lines 132-148
Acquisitions made to Trust #1

Line 167
Acquisition made to IRA #1

Lines 182-184
Acquisition made to IRA #3

Lines 190-192
Acquisitions made to IRA #4

Lines 293-308
Acquisitions made ████████████ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544